UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-8587 MWF (Ex)**                                   Date:  November 15, 2022

Title   **Vinson Hall v. Arseniy Dubnyakov**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

|            Rita Sanchez            |         Not Reported          |
|:----------------------------------:|:-----------------------------:|
|            Deputy Clerk            |    Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
Not Present                                                   Not Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On February 24, 2022, pro se Plaintiff Vinson Hall filed a Motion for Default Judgment against Defendant Arseniy Dubnyakov.  (Docket No. 45).  On June 14, 2022, this Court denied the Motion, concluding that Plaintiff failed to allege a plausible claim for relief in his Complaint.  (Docket No. 58).  There has been no further activity in this action since the Court denied the Motion.  As such, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, by no later than **DECEMBER 2, 2022**, why this action should not be dismissed for failure to state a claim for relief under Federal Rule 12(b)(6) and/or failure to prosecute under Federal Rule 41(b).  *See Reed v. Lieurance*, 863 F.3d 1196, 1207 (9th Cir. 2017) ("A trial court may dismiss a claim sua sponte under Rule 12(b)(6)[.]") (internal citations omitted); *see also Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962) ("[A] District Court may dismiss a complaint for failure to prosecute[.]").  *Plaintiff is warned that failure to respond to the OSC or to sufficiently establish a legitimate basis for the Court to grant leave to amend the Complaint will result in dismissal of this action*.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **DECEMBER 2, 2022** will result in the dismissal of this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 21-8587 MWF (Ex)**                                                          Date:  November 15, 2022

Title          **Vinson Hall v. Arseniy Dubnyakov**

IT IS SO ORDERED.

**PRO SE CLINIC**:  Although Plaintiff is proceeding pro se, *i.e.*, without legal representation, Plaintiff nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure.  *See* C.D. Cal. L.R. 83-2.2.3.  The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules.

The Court cannot provide advice to any party, including pro se litigants.  There is a free "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court.  The Court has information of importance to pro se litigants at the "People Without Lawyers" link, http://prose.cacd.uscourts.gov/.

The Court notes that a party to this lawsuit does not have a lawyer.  Parties in court without a lawyer are called "*pro se* litigants."  These parties often face special challenges in federal court. Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic).  *Pro se* litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

**ELECTRONIC DOCUMENT SUBMISSION SYSTEM (EDSS)**:  Pro se litigants may submit documents for filing through the Court's Electronic Document Submission System (EDSS) instead of mailing or bringing documents to the Clerk's Office.  Only internet access and an e-mail address are required.  Documents are submitted in PDF format through an online portal on the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. __CV 21-8587 MWF (Ex)__                              Date:  November 15, 2022

Title            __Vinson Hall v. Arseniy Dubnyakov__

Court's website.  To access EDSS and for additional information, visit the Court's website at https://apps.cacd.uscourts.gov/edss.

      Attorneys may not use EDSS to submit documents on behalf of their clients. Attorneys are required by the local rules to file documents electronically using the Court's CM/ECF System.

      The Court's website home page is http://www.cacd.uscourts.gov.

Initials of Preparer:  RS/sjm